UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY

IN RE:

KEVIN MICHAEL MAJESKI,
    Debtor.
_____/

Case No. 22-20947-dob
Chapter 7 Proceeding
Hon. Daniel S. Opperman

## ORDER OVERRULING TRUSTEE'S OBJECTION TO PROPERTY CLAIMED AS EXEMPT

For the reasons stated in an Opinion of even date;

NOW, THEREFORE, IT IS HEREBY ORDERED that the Trustee's objection to the exemptions claimed by the Debtor Kevin Majeski is overruled.

**Signed on May 11, 2023**



/s/ Daniel S. Opperman
**Daniel S. Opperman
United States Bankruptcy Judge**

1